SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
Carolyn Hunt Cottrell (SBN 166977)
ccottrell@schneiderwallace.com
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105

Attorneys for Plaintiff

Timothy M. Freudenberger, State Bar No. 138257
tfreud@cdflaborlaw.com
Nancy N. ("Niki") Lubrano, State Bar No. 263037
nlubrano@cdflaborlaw.com
CAROTHERS DISANTE & FREUDENBERGER LLP
2600 Michelson Drive
Suite 800
Irvine, California 92612
Telephone: (949) 622-1661
Facsimile: (949) 622-1669

Attorneys for Defendant
JACK IN THE BOX INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARTIK PATEL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>JACK IN THE BOX INC.,<br><br>    Defendant. | Case No. 16CV2561 H JLB<br><br>Judge: Marilyn L. Huff<br><br>**JOINT STATUS REPORT**<br><br>Action Filed:  October 13, 2016<br>Trial Date:    None |

The Parties submit the following Joint Status Report to update the Court on the status of the arbitration proceedings.

## I.  PROCEDURAL HISTORY

On January 27, 2017, the Court ordered Plaintiff to arbitrate his individual claims.  On January 31, 2017, the Court issued a Minute Order requesting that, if the arbitration was not concluded by March 31, 2017, the Parties file a joint status report addressing the efforts to pursue arbitration.  On March 31, 2017, the Parties filed a joint status report providing the status of arbitration at that time.  On May 10, 2017, the Court issued a Minute Order directing the Parties to file a joint status report addressing their efforts to pursue their claims before an arbitrator.  On May 26, 2017, the Parties filed their second joint status report regarding the status of the arbitration at that time.  On April 2, 2018, the Court issued a Minute Order directing the Parties to file a third joint status report addressing the Parties' efforts to pursue their claims before an arbitrator no later than April 16, 2018. On April 16, 2018, the Parties filed their third joint status report regarding the status of arbitration at that time.  On August 16, 2018, the Court issued a Minute Order directing the Parties to file a fourth joint status report addressing their efforts to pursue their claims before an arbitrator.

On September 13, 2018, the Court ordered the Parties to file a further joint status report on or before December 3, 2018.

## II.  STATUS OF ARBITRATION

Plaintiff submitted his demand for arbitration to the American Arbitration Association ("AAA") and Defendant on February 6, 2017.  On March 27, 2017, the AAA appointed the Ret. Judge Oliver W. Wanger as the Arbitrator.  The Arbitrator held a telephonic scheduling conference on May 15, 2017.  On July 5, 2018, the Arbitrator issued a Scheduling Order fixing the key dates for the arbitration.  The arbitration hearing was scheduled to be held from November 5, 6, 7, 9, and 13, 2018.

The Parties have tentatively reached a settlement agreement resolving

Plaintiff's claims and are in the process of finalizing the long-form settlement agreement.

Respectfully submitted,

Dated: December 3, 2018	SCHNEIDER WALLACE COTTRELL
	KONECKY WOTKYNS LLP


	By: */s/ Carolyn H. Cottrell*
	CAROLYN H. COTTRELL

	Attorneys for Plaintiff


Dated:  December 3, 2018	CAROTHERS DISANTE & FREUDENBERGER LLP
	Timothy M. Freudenberger
	Nancy N. Lubrano


	By: /s/*Nancy N. Lubrano*
	Nancy N. Lubrano
	Attorneys for Defendant JACK IN THE BOX INC.
	E-mail: nlubrano@cdflaborlaw.com

## SIGNATORY ATTESTATION

The e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the signatory indicated by a signature within the foregoing e-filed document.

Dated: December 3, 2018            */s/ Carolyn H. Cottrell*
                                   Carolyn H. Cottrell

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system on December 3, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: December 3, 2018            Respectfully Submitted,

                                   */s/ Carolyn H. Cottrell*
                                   Carolyn H. Cottrell (SBN 166977)
                                   SCHNEIDER WALLACE COTTRELL
                                   KONECKY WOTKYNS LLP
                                   2000 Powell Street, Suite 1400
                                   Emeryville, California 94608
                                   Tel: (415) 421-7100
                                   Fax: (415) 421-7105
                                   ccottrell@schneiderwallace.com

                                   Attorneys for Plaintiff